UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

VELMA PAYTON, individually and ）
as the surviving mother of Decedent, ）
LOUIS LYEN PAYTON, deceased. ）
 ）
      Plaintiff, ）
 ）
     v. ）
 ）      Cause No. 4:20-CV-861-SEP
CITY OF ST. LOUIS, et al. ）
      Defendants. ）      **JURY TRIAL DEMANDED**
 ）

**PLAINTIFF'S 56(d) MOTION TO DISMISS OR DEFER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.      Plaintiff Velma Payton, individually and as the surviving mother of Mr. Louis Payton, brought this action against the City of St. Louis and six individuals after Mr. Payton died at the Medium Security Institution, a City-run jail commonly known as "The Workhouse."

2.      Plaintiff alleges a Failure to Provide Medical Care under the Fourteenth Amendment against all individual Defendants; municipal liability against the City of St. Louis; and a state wrongful death claim pursuant to 537.080, RSMo.

3.      Defendants Glass, Carson, Hughes, Branson, Arthur, and St. Louis City filed their answer (ECF No. 9) on August 26, 2020, and concurrently filed a Motion for Summary Judgment (ECF No. 10) and Motion for a Stay of Discovery (ECF No. 14).

4.      Plaintiff is currently unable to sufficiently respond to Defendants' Statement of Material Facts in Support of their Motion for Summary Judgment (ECF No. 12) because discovery has not yet started, and nearly all relevant discovery is currently in the possession of Defendant City.

5.      The Court should grant a Rule 56(d) motion when the non-movant shows by affidavit: (1) there are specific facts that they hope to elicit from further discovery, (2) the facts sought exist, and (3) these sought-after facts are 'essential' to resist the summary judgment motion. *Toben v. Bridgestone Retail Operations, LLC*, 751 F.3d 888, 895 (8th Cir. 2014).

6.      Plaintiff hereby respectfully requests this Court, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, dismiss Plaintiff's Motion for Summary Judgment until after Plaintiff has been allowed full and fair discovery or, in the alternative, defer summary judgment briefing until that same time.

7.      In support thereof, Plaintiff attaches hereto a declaration signed by her counsel of record listing the evidence necessary to successfully challenge Defendants' Motion for Summary Judgment.

Dated:  September 14, 2020                    Respectfully submitted,

                                              By: /s/ *Maureen Hanlon*

                                              Blake A. Strode (MBE #68422MO)
                                              Jack Waldron (MBE #70401MO)
                                              Maureen Hanlon (MBE #70990MO)
                                              ARCHCITY DEFENDERS, INC.
                                              440 North 4th Street, Suite 390
                                              Saint Louis, MO 63102
                                              Tel: (855) 724-2489
                                              Fax: (314) 925-1307
                                              bstrode@archcitydefenders.org
                                              jwaldron@archcitydefenders.org
                                              mhanlon@archcitydefenders.org